**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-1420-AJB |
| Plaintiff, | **ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| MAYTE CABALLERO, | |
| Defendant | |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, MAYTE CABALLERO, be granted.  The dismissal is without prejudice.

**IT IS SO ORDERED.**

Dated: October 30, 2020

_____
Hon. Anthony J. Battaglia
United States District Judge